THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JJ IMPORTS, LLC,<br><br>  Plaintiff,<br><br>  v.<br><br>QINGDAO ECOPURE FILTER CO., LTD., et al.<br><br>  Defendants. | Civil Action No. 2:19-cv-16248-KM-JBC<br><br>**NOTICE OF MOTION**<br><br>Motion Date: December 16, 2019<br><br>ORAL ARGUMENT REQUESTED |

PLEASE TAKE NOTICE that defendants, Qingdao Ecopure Filter Co., Ltd. ("Ecopure"), HongKong Ecoaqua Co. ("Ecoaqua"), and Ecolife Technologies, Inc. ("Ecolife"), through its attorneys, Fishkin Lucks LLP, will move this Court before the Honorable Kevin McNulty, U.S.D.J., at the United States District Court for the District of New Jersey, Martin Luther King Building and U.S. Courthouse, 50 Walnut Street, Newark, New Jersey 07101, on December 16, 2019 at 9:00 a.m., or as soon thereafter as the matter may be heard, for an order dismissing with prejudice pursuant to Fed. R. Civ. P. 12(b)(2), the complaint of plaintiff JJ Imports, LLC for lack of personal jurisdiction.

In support of its motion, Ecopure, Ecoqua, and Ecolife rely upon the annexed memorandum of law and declaration of Kathy Wang, both dated November 13, 2019.

Dated: November 13, 2019

                                                          *s/ Zachary W. Silverman*
                                                          Zachary W. Silverman
                                                          FISHKIN LUCKS LLP
                                                          One Riverfront Plaza, Suite 410
                                                          Newark, NJ 07102
                                                          973.536.2800
                                                          zsilverman@fishkinlucks.com

                                                          and

2

                Todd R. Tucker*
                Joshua M. Ryland*
                Yizhou Liu*
                Alexandra R. Forkosh*
                CALFEE, HALTER & GRISWOLD LLP
                The Calfee Building
                1405 East Sixth Street
                Cleveland, OH 44114
                216.622.8231
                ttucker@calfee.com
                jryland@calfee.com
                bliu@calfee.com
                aforkosh@calfee.com
                * to move for admission *pro hac vice*

                Attorney for Defendants